Mr. Michael Paul. Contreras
# 80515
Confined on A-Pod-Cell No. 7
Potter County Sheriffs Detention Center Jail
13100 N.E. 29Th
Amarillo, Texas 79111

My Sixth Month Act
Summary is Attached.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 22 2021
CLERK, U.S. DISTRICT COURT
By_____ Deputy

On This 11th, day of October 2021

**2-21CV-217-Z**

U.S. DISTRICT COURTS FOR THE NORTHERN DISTRICT OF TEXAS
ATTN: TO: The HONORABLE MAGISTRAIT JUDGE MISS/MRS LEE ANN REANO
205 South East 5th Ave.   ROOM #   133
Amarillo Texas 79101


RE: Mr. Michael Paul. Contreras Cause No. PCDC 137-19 Asslt Public SERVANT, 77,687-E-CR 1ct of Solicitation of Capital murder by Terror Threat, 2cts. of Solicitation of Aggravated kidnapping use Shield Hostage, 079837-E-CR DEADLY WEAPON IN PENAL INSTITUTION 079836-E-CR ASSIT Public SERVANT.


ATTN: Honorable Magistrait Judge Miss/Mrs. lee Ann Reano.
I, Michael Paul. Contreras am filing this 42 U.S.C Section § 1983 Civil Suit Against The 108th District Court Judge Douglas Woodburn, The Potter County Criminal Prosecutioner(s) Randall Sims, Lynsie Brantly, And ALTON ESTRADA, And The 108th District Court ordered Appointed Attorney(s) lawyer(s) Cody Michael Pirtle Michael A. WARREN, STEVEN MICHAEL DENNY Brooks W. Barfield Jr. and Greg Abbott for knowingly with Criminal intent violating my Sixth Amendment of the U.S. Constitution for a (Speedy TRIAL). NOTE ~~implemented~~ I filed Motions for Request for a Speedy Trial Feb, the 2019 under the Sixth Amendment of the U.S. Constitution as Implemented by 18 U.S.C §§ 3161 et. seq; and Federal Rules of Criminal Procedure.

(1).

(50). The Above STATE~~ment~~ Officials highlighted in yellow have clearly violated my Bill of Rights under the <u>Sixth Amendment</u> of the U.S. Constitution. (how?) (NOTE) <u>TO Decide whether a delay in a trial has violated a defendants right.</u> (NOTE)

FOUR FACTOR(S) must be considered. (Note) I Fall under (All) (3) Factors highlighted in yellow

#① length of delay;

#② reason for the delay;

#③ Prejudice to defendant

I fall under being Violated under (All) Three Factors Highlighted in yellow

#④ Waiver of right to Speedy Trial.

And have also violated my Bill of Rights under The Fourteenth Amendment of the U.S. Constitution Section § 1.

(NOTE)
And Committed
Criminal Offense(s)

#① Obstruction of Justice

#② Conspiracy to Obstruct Justice

#③ engaging in a Criminal Conspiracy the Agreement object of Conspiracy to get a Conviction.

#④ Criminal Misconduct

#⑤ Criminal Recklessness

#⑥ Criminal Carelessness

#⑦ a Criminal Thoughtless disregard of the Consequences

#⑧ Criminal Heedless Indifference Of The Rights of Defendant Michael Paul Contreras

(2)

and by Knowingly Intentionally Violating The Gove. Constitution Article 6 States: (All) government Officials must up hold the Constitution as "the supreme law of the Land" and that no other LAWS can contradict any part of the Constitution.

### Prayer

That (All) illegal Pending Charges against Defendent Mr. Michael Paul Contreras be dismissed 6. Droped With Prejudice. and be imidiotly Released from the Potter County Sheriff's Office - Detention Center Jail.

### (NOTE)

Section §132.001 of the Civil Remedies Code

### DECLARATION

" My name is: Michael Paul Contreras, my date of birth is May 17, 1968, and my Inmate identifying number is # 80515 I am presently incarcerated in the Potter County Detention Center in Amarillo, Potter, Texas 79111. I declare under Penalty of perjury that the foregoing is True and Correct. Executed on the 11th day of October 2021.

Signe Here: [signature]

(3).



Mr. Michael Paul Contreras
#80515
Confined - A-Pod-Cell No.7
Potter County Sheriff Office Detention Center Jail
13100 N.E. 29th
Amarillo, Texas 79111

LEGAL MAIL

RECEIVED
OCT 22 2021
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURTS FOR THE NORTHERN
DISTRICT OF TEXAS
ATTN: TO THE HONORABLE MAGISTRAIT JUDGE
MISS/MRS. LEE ANN REANO
205 SOUTH EAST Fifth AVE.
AMARILLO, TEXAS 79101

Date sent out October 14, 2021 Time 5:00 A.M.